**THE DISTRICT COURT OF GUAM**

| | |
|---|---|
| JULIAN GERALD ROBLES, | CIVIL CASE NO. 18-00047 |
| Petitioner, | CRIMINAL CASE NO. 13-00033 |
| vs. | **ORDER** |
| UNITED STATES OF AMERICA, | |
| Respondent. | |
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | |
| JULIAN GERALD ROBLES, | |
| Defendant. | |

Pending before the court is the U.S. Magistrate Judge's Report and Recommendation dated July 15, 2019. *See* ECF No. 2, Civil Case No. 18-00047; and ECF No. 164, Criminal Case No. 13-00033. Therein, the U.S. Magistrate Judge recommends that Petitioner's motion to vacate, set aside, or correct sentence (ECF No. 163, Criminal Case No. 13-00033; and ECF No. 1, Civil Case No. 18-00047), be denied without prejudice and that an AO 243 Form to mailed to

1

Petitioner. On August 7, 2019, Petitioner filed an amended motion, using the correct AO 243 form. Accordingly, the 2255 motion to vacate filed on December 26, 2018, and the Report and Recommendation filed on July 15, 2019, are hereby **MOOT**.

**SO ORDERED.**



/s/ **Frances M. Tydingco-Gatewood**
    **Chief Judge**
**Dated: August 12, 2019**